Duane H. Gillman #1194
Jessica G. Peterson #11210
**DURHAM JONES & PINEGAR**
111 East Broadway, Suite 900
PO Box 4050
Salt Lake City, UT 84110
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
  Attorneys for Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| In Re: | Bankruptcy Case Number |
|---|---|
| MARTY JAMES WHETMAN, | 10-22035 RKM |
| Debtor. | [Chapter 7] |

### NOTICE OF TRUSTEE'S INTENT TO SELL PROPERTY OF THE ESTATE AND NOTICE OF HEARING AND OPPORTUNITY FOR OBJECTIONS

TO: DEBTOR, DEBTOR'S COUNSEL, CREDITORS OF THE DEBTOR, AND OTHER PARTIES IN INTEREST:

NOTICE is hereby given that Duane H. Gillman, the Chapter 7 trustee of the above estate, intends, in the absence of valid objections, to sell the real and personal property described below that is included in the bankruptcy estate of the above-named debtor, **free and clear of all liens and/or interests with valid liens and/or interests to attach to the sale proceeds.**

### DESCRIPTION

Bankruptcy estate's interest in (1) real property located at 7913 South Twelve Pines Drive, Sandy, Utah ("Real Property"); (2) the Park Regency Timeshare ("Timeshare"); and (3) a Burial Plot ("Burial Plot") (collectively, the "Property")

1

SLC_654621.1

## BUYER

The buyer of the Property is the debtor's former spouse, Terri Whetman ("Whetman").

## SALES PRICE/BASIS

1. The decree of divorce between Whetman and the debtor awarded the debtor an equitable lien in the Real Property in the amount of $150,913.00, and the Timeshare and the Burial Plot.

2. Whetman has offered to pay the bankruptcy estate $100,000.00 for the equity in the Real Property; $1,000.00 for the equity in the Timeshare; and $300.00 for the equity in the Burial Plot.

3. The Trustee feels that it would be in the best interests of the estate to accept Whetman's offer because under the terms of the decree of divorce payment of the equitable lien on the Real Property is not likely to occur until 2013, and given the current economy the Timeshare and the Burial Plot are not likely bring much more, at a sale or auction than what is being offered by Whetman.

## TERMS AND CONDITIONS OF TRUSTEE'S SALE

1. The Property is sold as is, where is, and with no warranties or guarantees of any kind.

2. The Property is sold free and clear of all valid liens and/or interests, with valid liens or interests to attach to the sale proceeds.

## INTENDED DISTRIBUTION OF SALE PROCEEDS

1. The Trustee will pay the debtor his $20,000.00 homestead exemption claimed in and to the Real Property.

2. The remaining sale proceeds will be held by the trustee for payment of necessary expenses and disbursement to creditors of the estate.

### NOTICE OF HEARING AND OPPORTUNITY FOR OBJECTION

PLEASE TAKE NOTICE that a hearing on the Motion for Order Authorizing Auction of Property of the Estate will be held before the Honorable R. Kimball Mosier, United States Bankruptcy Judge, in Courtroom No. 369, U.S. Courthouse, 350 South Main Street, Salt Lake City, Utah, on **Wednesday, September 8, 2010, at 10:30 a.m.**

**Your rights may be affected. You should read this Notice carefully and discuss it with your attorney, if you have one in this case. (If you do not have an attorney, you may wish to consult one.).** If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then **not later than Monday, August 30, 2010 at 4:30 p.m. MDT**, you or your attorney must file a written objection specifically delineating the nature of the objection with the Clerk of the United States Bankruptcy Court, District of Utah, 350 South Main Street, Salt Lake City, Utah, 84101. If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date specified above. You must also serve a copy on the Movant's counsel at the address listed below.

In addition, you or your attorney must attend the hearing at the date, time, and place set forth above. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested in the Motion. If an objection is not timely filed, the trustee will submit an order granting the Motion to the court and ask that the hearing be stricken.

The Motion may be reviewed at the Office of the Clerk, Room 301, 350 South Main Street, Salt Lake City, Utah, from 8:00 a.m. to 4:30 p.m. on weekdays, excluding holidays. Copies of the Motion may be obtained from the undersigned attorney upon payment of normal copy costs of $0.23 per page.

In the absence of any objection being made and timely filed, or after a hearing on any objection and upon authorization, the Trustee will proceed with the auction according to the above-noticed terms and conditions.

DATED this 9th day of August, 2010.

Duane H. Gillman
DURHAM JONES & PINEGAR
PO Box 4050
Salt Lake City, UT 84110-4050
Attorneys for Trustee

## CERTIFICATE OF SERVICE

I certify that on the 9th day of August, 2010, I caused to be served a copy of the foregoing **NOTICE OF TRUSTEE'S INTENT TO SELL PROPERTY OF THE ESTATE and NOTICE OF HEARING and OPPORTUNITY FOR OBJECTIONS** by depositing the same in the United States mails, postage prepaid, or by electronic mail, and addressed to all parties appearing on the attached matrix and the following:

/s/ Helen Doherty
DURHAM JONES & PINEGAR

SLC_654621.1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 10-22035<br>District of Utah<br>Salt Lake City<br>Wed Aug  4 08:59:19 MDT 2010 | Bank of America<br>PO Box 15019<br>Wilmington, DE 19886-5019 | Facts Management Company<br>121 S. 1300 E. #201<br>Lincoln, NE 68508 |
| First Horizon<br>4000 Horizon Way<br>Irving, TX 75063-2260 | Duane H. Gillman<br>Durham Jones & Pinegar<br>111 East Broadway<br>Suite 900<br>P.O. Box 4050<br>Salt Lake City, UT 84110-4050 | Duane H. Gillman tr<br>Durham Jones & Pinegar<br>111 East Broadway<br>Suite 900<br>P.O. Box 4050<br>Salt Lake City, UT 84110-4050 |
| INTERMOUNTAIN HEALTH CARE<br>P.O. BOX 27808<br>SLC, UT 84127-0808 | Miles E. Lignell<br>6076 South 900 East<br>Suite 150<br>Salt Lake City, UT 84121-1765 | Scott B. Mitchell<br>2469 East 7000 South<br>Suite 204<br>Salt Lake City, UT 84121-3370 |
| Mountain America Credit Union<br>P.O. Box 45001<br>SLC, UT 84145-0001 | Office of Recovery Services<br>515 E. 100 S.<br>P.O. Box 45011<br>SLC, UT 84145-0011 | Olsen & Olsen, LLC<br>8142 S. State<br>Midvale, UT 84047-3210 |
| Park Regency Timeshare Association,<br>C/O Trading Places International<br>PO Box 30417<br>Los Angeles, CA 90030-0417 | Skaggs Catholic Center LLC<br>300 E. 11800 S.<br>Draper, UT 84020-9035 | Terri Whetman<br>7913 S. Twelve Pines Drive<br>Sandy, UT 84094-7212 |
| United States Trustee<br>Ken Garff Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 | Wayne Whetman<br>PO Box 700<br>Draper, UT 84020-0700 | Marty James Whetman<br>7316 Hickory Hills<br>Salt Lake City, UT 84121-4410 |
| Terri Whetman<br>7913 South Twelve Pines Drive<br>Sandy, UT 84094-7212 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Miles E Lignell<br>6076 South 900 East Ste 150<br>Salt Lake City, UT 84121-1765 | (u)R. Kimball Mosier | End of Label Matrix<br>Mailable recipients   18<br>Bypassed recipients    2<br>Total                 20 |